```
                                                                    FILED
                                                                  Jun 13, 2012
                                                              CLERK, U.S. DISTRICT COURT
                                                             EASTERN DISTRICT OF CALIFORNIA
```

|  | UNITED STATES DISTRICT COURT | CAMDEN OFFICE |
|---|---|---|
|  | MARTIN LUTHER KING, JR. | USPO & Courthouse |
| William T. Walsh | FEDERAL BLD & U.S. COURTHOUSE | 401 Market Street |
| Clerk | 50 WALNUT STREET | Camden, N.J. 08101 |
|  | P.O. BOX 419 |  |
|  | NEWARK, N.J. 07101-0419 | TRENTON OFFICE |
|  |  | 402 East State Street |
|  | (973) 645-4555 | P.O. Box 515 |
|  |  | Trenton, N.J. 08603 |

Date: June 13, 2012

MDL, Clerk
UNITED STATES DISTRICT COURT for
the Eastern District of California


Re: MDL -2158 – In Re: Zimmer Durom Hip Cup Products Liability Litigation

   Williams v. Zimmer Holdings, Inc. et al CA No. 2:12-01151


Dear Clerk:

  Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action presently pending in your Court to the District of New Jersey and assigned to the Honorable Susan D. Wigenton, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.


                                            Very truly yours,

                                            WILLIAM T. WALSH, Clerk


                                            By: s/ Murtuza Akbari

                                            Murtuza Akbari, Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZIMMER DUROM HIP CUP PRODUCTS
LIABILITY LITIGATION                                                                                  MDL No. 2158

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −27)

On June 9, 2010, the Panel transferred 11 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 717 F.Supp.2d 1376 (J.P.M.L. 2010). Since that time, 85 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Susan D Wigenton.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Wigenton.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of June 9, 2010, and, with the consent of that court, assigned to the Honorable Susan D Wigenton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 06, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ZIMMER DUROM HIP CUP PRODUCTS
LIABILITY LITIGATION**  MDL No. 2158

### SCHEDULE CTO−27 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 12−01151 | Williams v. Zimmer Holdings, Inc. et al |